People of State of Illinois, Plaintiff and Defendant-in-Error, v. Ernest Louis Lindstrom, Defendant and Plaintiff-in-Error.

Gen. No. 10,900. (Abstract of Decision.)

Second District.
April 3, 1956.
Rehearing denied April 24, 1956.
Released for publication April 24, 1956.

Singer & Singer, for defendant-appellant; Paul F. Stern, of counsel; Robert C. Nelson, State's Attorney, Lake county, for defendant-in-error; Kenneth R. Shorts, Assistant State's Attorney, of counsel. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full.